## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEATREPID INTERNATIONAL, LLC** | **CIVIL ACTION NO. 12-00856** |
| **VERSUS** | **JUDGE MORGAN** |
| **ENERGY SUBSEA PTE, LTD.; ENERGY SUBSEA, AS; ENERGY SUBSEA, LLC; ATLE HAUGVAULDSTAD; ODDGEIR INGVARTSEN; and PETRO SAUDI OIL SERVICES LIMITED** | **MAGISTRATE JUDGE CHASEZ** |

## CORPORATE DISCLOSURE STATEMENT OF PETROSAUDI INTERNATIONAL SERVICES LTD

NOW INTO COURT, through undersigned counsel, comes PetroSaudi International Services Ltd, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that its parent corporation is PetroSaudi International Ltd, and that no publicly traded company owns ten percent or more of the stock of either of the foregoing entities.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ William J. Riviere
William J. Riviere, T.A. (Bar #20593)
Meredith W. Blanque (Bar #32346)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: riviereb@phelps.com
        meredith.blanque@phelps.com

ATTORNEYS FOR DEFENDANT,
PETROSAUDI INTERNATIONAL SERVICES LTD

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing pleading was filed on this 1st day of November, 2012 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

                                */s/ William J. Riviere*
                                William J. Riviere