UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEATREPID INTERNATIONAL, LLC | * | |
| | * | CASE NO. 12-856 |
| *Plaintiff* | * | |
| VERSUS | * | SECTION: "C" |
| | * | |
| ENERGY SUBSEA PTE, LTD.; | * | JUDGE HELEN G. BERRIGAN |
| ENERGY SERVICES, LTD.; ENERGY | * | |
| SUBSEA, LLC; SUBSEA, AS; | * | MAGISTRATE SECTION: 5 |
| PETROSAUDI OIL SERVICES | * | |
| (VENEZUELA) LTD.; and | * | MAG. JUDGE ALMA L. CHASEZ |
| PETROSAUDI INTERNATIONAL | * | |
| SERVICES LTD. | * | |
| | * | |
| *Defendants* | * | |

****************************************

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff and Defendants, who, upon suggesting to the Court that they have settled, satisfied, and compromised all of their differences, and that it is in order that the captioned civil action be dismissed, with prejudice, as of compromise, each party to bear its respective costs.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ**
/s/ *James Roussel*
James Roussel (Bar #1496)
jroussel@bakerdonelson.com
Christopher M. Hannan (Bar #31765)
channan@bakerdonelson.com
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: 504-566-5200
Facsimile: 504-636-3978
*ATTORNEYS FOR PLAINTIFF SEATREPID INTERNATIONAL, LLC*


**MONTGOMERY BARNETT, L.L.P.**
/s/ *Philip S. Brooks, Jr.*
Philip S. Brooks, Jr. (Bar #21501)
pbrooks@monbar.com
C. Byron Berry, Jr. (Bar #21476)
bberry@monbar.com
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Telephone: 504-585-3200
Facsimile: 504-585-7688
*ATTORNEYS FOR ENERGY SUBSEA LLC*


**PHELPS DUNBAR LLP**
/s/ *William J. Riviere*
William J. Riviere (Bar #20593)
riviereb@phelps.com
Meredith W. Blanque (Bar #32346)
meredith.blanque@phelps.com
Canal Place, 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Facsimile 504-568-9130
*ATTORNEYS FOR DEFENDANTS PETROSAUDI INTERNATIONAL SERVICES, LTD and PETROSAUDI OIL SERVICES (VENEZUELA) LTD*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2013 a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which then sent notification of such filing to counsel of record.

/s/ *Philip S. Brooks, Jr.*