UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEATREPID INTERNATIONAL, LLC | * | |
| | * | CASE NO. 12-856 |
| *Plaintiff* | * | |
| VERSUS | * | SECTION: "C" |
| | * | |
| ENERGY SUBSEA PTE, LTD.; | * | JUDGE HELEN G. BERRIGAN |
| ENERGY SERVICES, LTD.; ENERGY | * | |
| SUBSEA, LLC; SUBSEA, AS; | * | MAGISTRATE SECTION: 5 |
| PETROSAUDI OIL SERVICES | * | |
| (VENEZUELA) LTD.; and | * | MAG. JUDGE ALMA L. CHASEZ |
| PETROSAUDI INTERNATIONAL | * | |
| SERVICES LTD. | * | |
| | * | |
| *Defendants* | * | |
| ***************************************** | | |

### ORDER

CONSIDERING the Joint Motion to Dismiss,

IT IS ORDERED, ~~ADJUDGED, AND DECREED~~ that the captioned civil action be and the same is hereby dismissed, with prejudice, as of compromise, each party to bear its respective costs.

New Orleans, Louisiana, this  1st  day of  March , 2013.

_____
UNITED STATES DISTRICT JUDGE